United States District Court
Southern District of Texas
**ENTERED**
June 05, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMMY KOHR, *et al*, § § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-1473 |
| § | |
| CITY OF HOUSTON, § § | |
| Defendant. § | |

**ORDER ON JOINT STIPULATION REGARDING
RESPONSE DEADLINE**

Pending before the Court is the parties' joint stipulation to extend the time required to respond to the plaintiffs' Complaint and Motion for Class Certification (Dkt. No. 9). Having reviewed the parties' joint request from counsel to extend the response date by which the defendant must answer the plaintiffs' Complaint and Motion for Class Certification, it is hereby ORDERED that:

1. The defendant's answer date to the plaintiffs' Complaint shall be extended to June 23, 2017.

2. The defendant's answer date to the Motion to Certify Class (Dkt. No. 5) shall be extended to June 23, 2017.

It is so ORDERED.

SIGNED on this 5th day of June, 2017.

_____
Kenneth M. Hoyt
United States District Judge