United States District Court
Southern District of Texas
**ENTERED**
July 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY KOHR, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-1473 |
| | § § | |
| CITY OF HOUSTON, | § § | |
| Defendant. | § | |

**ORDER ON STIPULATED DEFERRAL OF**
**<u>CLASS CERTIFICATION RULING</u>**

In the interest of judicial economy, and to allow a reasonable opportunity to consider the pending motion for class certification (Dkt. No. 14), the Court will defer a ruling on class certification until after resolution of potentially dispositive motions. The parties shall propose a schedule for supplementation of the motion with additional evidence, and further briefing on the motion, in their joint case management plan.

SIGNED on this 6th day of July, 2017.

_____
Kenneth M. Hoyt
United States District Judge