UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMMY KOHR, EUGENE STROMAN, and JANELLE GIBBS, on behalf of themselves and all others similarly situated, and ROBERT COLTON,<br><br>                                     Plaintiffs,<br>v.<br><br>CITY OF HOUSTON,<br><br>                                     Defendant. | Civil Action No. 17-cv-1473 |

## JOINT SCHEDULING PROPOSAL

The parties are available to hold a preliminary injunction hearing on September 6, 2017, at a time that is convenient for the Court. The parties propose a hearing allotting thirty minutes of oral argument for each side.

Plaintiffs propose suspending the deadline to respond to the City's motion to dismiss (currently set for September 8, 2017), as well as the initial pretrial conference (currently set for September 11, 2017), until after the Court rules on Plaintiffs' application for a preliminary injunction. The City is opposed.

                                                    Respectfully Submitted,

                             By:   <u>/s/ Trisha Trigilio</u>
                                       Trisha Trigilio
                                       Attorney-in-charge
                                       State Bar No. 24065179

S.D. Tex. Bar No. 2461809
American Civil Liberties Union
Foundation of Texas
1500 McGowen Street, Suite 250
Houston, Texas 77004
Phone 713.942.8146
Fax 713.942.8966
ttrigilio@aclutx.org

Kali Cohn
Texas Bar. No. 24092265
S.D. Texas Bar No. 3053958
American Civil Liberties Union
Foundation of Texas
6440 N. Central Expressway
Dallas, TX 75206
Tel: 214-346-6577
Fax: 713-942-8966

Tristia Bauman
District of Columbia Bar No. 1016342
S.D. Tex. admission *pro hac vice* pending
National Law Center on Homelessness & Poverty
2000 M Street NW, Suite 210
Washington, DC 20036
(202) 638-2535 x. 102
tbauman@nlchp.org

H. Joseph Escher III
California Bar No. 85551
S.D. Tex. admission *pro hac vice* pending
Dechert LLP
One Bush Street
Suite 1600
San Francisco, California 94104
Tel.: 415-262-4500
Fax: 415-262-4555

Joseph M. Abraham
Texas Bar No. 24088879
S.D. Tex. Bar No. 2847789
Dechert LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
Tel.: 512-394-3000
Fax: 512-394-3001

Timothy F. Dewberry
Texas Bar No. 24090074
S.D. Tex. Bar No. 2885846
Dechert LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
Tel.: 512-394-3000
Fax: 512-394-3001

**Counsel for Plaintiffs**