Dr. Carolyn Sumners
4500 Caroline St.
Houston, Texas 77004
csumners@hmns.org

November 4, 2017

The Honorable Kenneth M. Hoyt
c/o Cynthia Horace, Case Manager
United States District Clerk
P. O. Box 61010
Houston, TX 77208-1010

United States Courts
Southern District of Texas
FILED

NOV 08 2017

David J. Bradley, Clerk of Court

RE: I59 at Wheeler Street Encampments

Your Honor:

The situation in the area around the corner of Wheeler and Caroline, less than a block from our home, is a human tragedy that does not serve any of its residents, both those in the neighboring homes and those in the encampment. We have lived here since 1998; I've walked over 10,000 steps in our neighborhood every day; and I've always felt safe -- until this year. The encampment is fostering a criminal environment that is unhealthy for everyone. The drugs are visible, free flowing. Murders happen. Panhandling has evolved into threatening drivers. Almost every weekend, my husband calls 911 for someone passed out or in great stress on the sidewalk and waits for emergency services to show up.

The police claim their hands are tied. They must ignore all criminal behavior including a drive-by shooting with 15 rapid-fire shots that had us diving to our living room floor. This is lawlessness that should never be allowed anywhere, especially in a wealthy democracy like ours. This lack of law and order benefits no one – especially those in the greatest danger, the inhabitants of the encampment.

These citizens live in their own filth, conditions we don't even allow for our pets. For the health of these souls, this should not be allowed to continue. I appreciate the Constitutional issues raised by the ACLU, but perhaps the ACLU should visit the area and ask themselves if their interpretation of the Constitution is really the best solution for the very people they are representing. I cannot imagine that our founding fathers would have wanted the Constitution to prevent providing order and protection for these citizens.

And there is another undeserving victim of this situation, the Mexican Consulate, whose parking lot is directly across from the encampment. Consulate visitors must literally walk through the trash and avoid the intimidating homeless demanding money on their way to the Consulate entrance. The laws of my country have created this unfortunate and uncomfortable situation. But these visitors should never have to experience this. This is not an acceptable environment for the Consulate of a neighboring country or for visiting Mexican citizens forced to witness the worst living conditions in our country.

Thank you so much for listening. Please show compassion to those trapped in this most unfortunate and lawless environment. Let Houston provide them a safer, more sanitary, and healthier environment.

Sincerely

Dr. Carolyn Sumners
Concerned Citizen and Home Owner

Summers Candace
3300 Caroline
Houston, TX, 77004

The Honorable Kenneth M. Hoyt
% Cynthia Horace, Case Manager
United States District Clerk
P.O. Box 61010
Houston, Texas 77208

NORTH HOUSTON TX 77
07 NOV 2017 PM 7 L

United States Courts
Southern District of Texas
FILED
NOV 08 2017
David J. Bradley, Clerk of Court