

**CITY OF HOUSTON**
Legal Department

**Sylvester Turner**
Mayor

Ronald C. Lewis
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor
Houston, Texas 77002

T. 832.393.6491
F. 832.393.6259
www.houstontx.gov

November 15, 2017

*VIA E-FILING*
Cynthia Horace
Case Manager to the Honorable K.M. Hoyt
United States Courthouse
515 Rusk Street, Room 11-144
Houston, Texas 77002

    Re:    *Kohr, et al v. City of Houston*
                C.A. No. 17-cv-1473

Dear Ms. Horace:

    This letter is to advise the Court of defense counsel's anticipated maternity leave beginning May and lasting the first week of August. Should you have any questions, please do not hesitate to contact my office.

                                                        Sincerely,

                                                        */s/ Deidra Norris Sullivan*
                                                        Deidra Norris Sullivan
                                                       Senior Assistant City Attorney
                                                       (832) 393-6299

Council Members:  Brenda Stardig  Jerry Davis  Ellen R. Cohen  Dwight A. Boykins  Dave Martin  Steve Le  Greg Travis  Karla Cisneros  Robert Gallegos  Mike Laster  Larry V. Green  Mike Knox  David W. Robinson  Michael Kubosh  Amanda Edwards  Jack Christie
Controller:  Chris Brown