UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMMY KOHR, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-1473 |
| § | |
| CITY OF HOUSTON, § | |
| § | |
| Defendant. § | |

## NOTICE OF SETTING

The parties are hereby notified that a status conference is set for **December 20, 2017 at 8:45 a.m.** and will be handled as a telephone conference. The parties are directed to contact the Court at 713-250-5126 in order to participate in the conference call.

Date: December 6, 2017                                    DAVID BRADLEY, CLERK

                                                                               By: C. Horace, Case Manager to
                                                                                   Judge Kenneth M. Hoyt