# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS,
# HOUSTON DIVISION

| | | |
|---|---|---|
| **TAMMY KOHR, EUGENE STROMAN, AND JANELLE GIBBS** on behalf of themselves and All others similarly situated, and **ROBERT COLTON** <br> *Plaintiff*, <br><br> v. <br><br> **CITY OF HOUSTON,** <br> *Defendant.* | §§§§§§§§§§§§ | <br><br><br><br><br><br><br> **Civil Action No.: 4:17-cv-01473** <br><br> **Honorable Judge Kenneth M Hoyt** |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Tammy Kohr, Eugene Stroman, and Janelle Gibbs respectfully submit this notice of their appeal to the United States Court of Appeals for the Fifth Circuit. Plaintiffs appeal from the District Court's December 28, 2017, memorandum opinion and order denying Plaintiffs' motion for preliminary injunction (ECF No. 69) (the "PI Order").

This notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(5) based on the District Court's January 26, 2018, order finding good cause to extend Plaintiffs' deadline to appeal the PI Order by thirty days (ECF No. 71). While the parties' settlement discussions continue, and the purpose of this notice is to preserve Plaintiffs' ability to timely appeal the PI Order.

As part of this notice of appeal, Plaintiffs submit the required filing fee of $505 and respectfully request the district clerk to prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a). Plaintiffs will order from the court reporter a transcript of such parts of the proceedings not already on file as the appellants consider necessary, as required by Federal Rule of Appellate Procedure 10(b)(1)(A).

Respectfully Submitted,

By: /s/ Trisha Trigilio

Trisha Trigilio
Attorney-in-charge
State Bar No. 24065179
S.D. Tex. Bar No. 2461809
American Civil Liberties Union
Foundation of Texas
1500 McGowen Street, Suite 250
Houston, Texas 77004
Phone 713.942.8146
Fax 713.942.8966
ttrigilio@aclutx.org

Kali Cohn
Texas Bar. No. 24092265
S.D. Texas Bar No. 3053958
American Civil Liberties Union
Foundation of Texas
6440 N. Central Expressway
Dallas, TX 75206
Tel: 214-346-6577
Fax: 713-942-8966

Tristia Bauman
District of Columbia Bar No. 1016342
Admitted to S.D. Tex. *pro hac vice*
National Law Center on Homelessness & Poverty
2000 M Street NW, Suite 210
Washington, DC 20036
(202) 638-2535 x. 102
tbauman@nlchp.org

Joseph M. Abraham
Texas Bar No. 24088879
S.D. Tex. Bar No. 2847789
Dechert LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
Tel.: 512-394-3000
Fax: 512-394-3001

Timothy F. Dewberry
Texas Bar No. 24090074

2

S.D. Tex. Bar No. 2885846
Dechert LLP
300 West 6th Street, Suite 2010
Austin, Texas 78701
Tel.: 512-394-3000
Fax: 512-394-3001

H. Joseph Escher III
California Bar No. 85551
Admitted to S.D. Tex. *pro hac vice*
Dechert LLP
One Bush Street
Suite 1600
San Francisco, California 94104
Tel.: 415-262-4500
Fax: 415-262-4555

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that on February 26, 2018, this notice of appeal will be filed via the Court's CM/ECF system, which will automatically serve a Notice of Electronic Filing on all attorneys of record.

/s/ Trisha Trigilio

Trisha Trigilio
Attorney-in-charge
State Bar No. 24065179
S.D. Tex. Bar No. 2461809
American Civil Liberties Union
Foundation of Texas
1500 McGowen Street, Suite 250
Houston, Texas 77004
Phone 713.942.8146
Fax 713.942.8966
ttrigilio@aclutx.org