**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Tammy Kohr, et al.

*versus*                                                 Case Number: 4:17–cv–01473

City Of Houston

# NOTICE OF NON–COMPLIANCE

The appellant or counsel for the appellant has failed to:

- Submit the DKT13 transcript order form.

Date: March 13, 2018.

David J. Bradley, Clerk