IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
**FILED**

AUG − 7 2018

No. 18-20129

David J. Bradley, **Clerk of Court**

TAMMY KOHR; EUGENE STROMAN; JANELLE GIBBS,

    Plaintiffs - Appellants

v.

CITY OF HOUSTON,

    Defendant - Appellee

4:17-cv-1473

Appeal from the United States District Court
for the Southern District of Texas

Before CLEMENT, OWEN, and WILLETT, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellants' unopposed motion to dismiss the appeal without prejudice is GRANTED.



A True Copy
Certified order issued Aug 07, 2018

*Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 07, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 18-20129   Tammy Kohr, et al v. City of Houston  
                     USDC No. 4:17-CV-1473

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Christina A. Gardner, Deputy Clerk  
                        504-310-7684

cc w/encl:  
    Mr. Joseph M. Abraham  
    Ms. Mary Lucille Anderson  
    Ms. Tristia Bauman  
    Ms. Kali Cohn  
    Mr. H. Joseph Escher III  
    Mr. Robert William Higgason  
    Mr. Andre Segura  
    Ms. Deidra Norris Sullivan  
    Ms. Trisha Trigilio