Case 4:17-cv-01473   Document 118   Filed on 09/08/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TAMMY KOHR | § | |
| and | § | |
| EUGENE STROMAN | § | |
| and | § | |
| ROBERT COLTON, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-01473 |
| | § | |
| CITY OF HOUSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT CITY OF HOUSTON'S RULE 41(B)
MOTION TO DISMISS FOR WANT OF PROSECUTION**

After consideration of defendant City of Houston's motion to dismiss for want of prosecution under Rule 41(b) of the Federal Rules of Civil Procedure (Dkt. No. 117), the response and arguments of counsel, if any, the Court GRANTS the motion and DISMISSES the plaintiffs' suit WITH PREJUDICE to the refiling of the same.

It is so ORDERED.

SIGNED on this 8th day of September, 2020.

_____
Kenneth M. Hoyt
United States District Judge